IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 96-cr-00086-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERT KNOWLES, a/k/a "Alvin Cole", a/k/a "A/J.",

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Dated: February __13__, 2008

    It is ORDERED that Defendant's counsel either adopt or supplement the motion for resentencing (Doc. No. 168; Dec. 21, 2007) on or before March 14, 2008.